SARAH SHIFMAN, as Administratrix, etc., of ROSE SHIFMAN, Deceased, Respondent, v. ROBERT T. WHALEN, Appellant.— Judgment and order unanimously affirmed, with costs, for the reasons stated in the opinion by Mr. Justice Young in *Thomson* v. *Gasteiger* [199 App. Div. 744], decided herewith. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

WILLIAM SOCHEFSKY, Respondent, Appellant, v. JOSEPH DINOWITZ and Others, Defendants, Impleaded with C. N. & J. CORPORATION, Appellant.— Judgment and order reversed and a new trial granted, without costs, on the ground that the apparent finding by the jury that the defendant C. N. & J. Corporation was responsible for the alleged conversion of the plaintiff's property was against the weight of the evidence, and on the further ground that the apparent finding of the jury that the other defendants were not responsible for the alleged conversion is likewise against the weight of the evidence. Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ., concur.

BERTHOLD SPITZNER, Respondent, v. GEORGE GRIOT and HENRY FISCHER, Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

CLARA STRAUSS, Respondent, v. LOUIS STRAUSS, Appellant.— Judgment modified by providing for an allowance at the rate of $5,000 per year, payable monthly in advance, beginning with the entry of the order; and as so modified affirmed, without costs. Blackmar, P. J., Rich, Kelly and Young, JJ., concur; Kelby, J., votes to affirm.